UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ELI RESEARCH, LLC,

    Plaintiff,

v.   Case No:   2:13-cv-695-FtM-38CM

MUST HAVE INFO INC., SAMANTHA SALDUKAS and LACY GASKINS,

    Defendants.
_____/

### ORDER[1]

This matter comes before the Court on the Defendants, Must Have Info, Inc. Samantha Saldukas and Lacy Gaskins' Motion to Dismiss the Amended Complaint (Doc. #25) filed on December 16, 2013.  On February 28, 2014, the Plaintiffs, Eli Research, LLC. and American Academy Holdings, LLC filed a Second Amended Complaint (Doc. #37).  Thus, the Motion to Dismiss is now moot.

Accordingly, it is now **ORDERED:**

The Defendants, Must Have Info, Inc. Samantha Saldukas and Lacy Gaskins' Motion to Dismiss the Amended Complaint (Doc. #25) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 4th day of March, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.