UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| ELI RESEARCH, LLC and<br>AMERICAN ACADEMY HOLDINGS,<br>LLC<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MUST HAVE INFO INC., d/b/a Coding<br>Leader, a Florida corporation, SAMANTHA<br>SALDUKAS, f/k/a Samantha Gardiner, an<br>individual, and LACY GASKINS, f/k/a<br>Lacy Keith, an individual,<br><br>　　　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br><br>Case No.: 2:13-cv-00695-FtM-28UAM |

## NOTICE OF PLAINTIFFS' RULE 26(a)(2) DISCLOSURE OF EXPERT TESTIMONY

Eli Research, LLC and American Academy Holdings, LLC ("Plaintiffs"), by their undersigned counsel, hereby give notice that on January 14, 2015, Plaintiffs submitted its Disclosures to Defendants via certified mail return receipt requested.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**SALLAH ASTARITA & COX, LLC**
　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　　One Boca Place
　　　　　　　　　　　　　　　　　　2255 Glades Road, Suite No. 300E
　　　　　　　　　　　　　　　　　　Boca Raton, Florida 33431
　　　　　　　　　　　　　　　　　　Tel.: (561) 989-9080
　　　　　　　　　　　　　　　　　　Fax: (561) 989-9020

　　　　　　　　　　　　　　　　　　**James D. Sallah, Esq. (**Lead Counsel)
　　　　　　　　　　　　　　　　　　Fla Bar No. 0092584
　　　　　　　　　　　　　　　　　　Email: jds@sallahlaw.com
　　　　　　　　　　　　　　　　　　**Joshua A. Katz, Esq.**
　　　　　　　　　　　　　　　　　　Fla. Bar No. 0848301
　　　　　　　　　　　　　　　　　　Email jak@sallahlaw.com

/s/ Aaron Z. Tobin
Aaron Z. Tobin, Texas Bar # 24028045
atobin@andersontobin.com
ANDERSON TOBIN, PLLC
One Galleria Tower
13355 Noel Road, Suite 1900
Dallas, Texas 75240
Tel: (972) 789-1160
Fax: (972) 789-1606

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the **NOTICE OF PLAINTIFFS' RULE 26(a)(2) DISCLOSURE OF EXPERT TESTIMONY** was submitted for filing to the clerk of the District Court using the Case Management/Electronic Case Filing ("CM/ECF") system, which will send a Notice of Electronic Filing to the following CM/ECF participants:

>Elinor E. Baxter
>Brennan, Manna & Diamond, P.L.
>3301 Banita Beach Road, Suite 100
>Bonita Springs, FL 34134
>ebaxter@bmdpl.com
>*Counsel for Defendants*

Signed this the 15th day of January 2015.

/s/ Aaron Z. Tobin
Aaron Z. Tobin