UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ELI RESEARCH, LLC and
AMERICAN ACADEMY HOLDINGS,

    Plaintiffs,

v.                                                            Case No:   2:13-cv-695-FtM-38CM

MUST HAVE INFO INC.,
SAMANTHA SALDUKAS and
LACY GASKINS,

    Defendants.

## ORDER

Before the Court are Defendants' Motions to Compel (Docs. 80-83) and Plaintiffs' responses (Docs. 96-99).  The Court held a hearing on the motions on February 19, 2015.  Counsel informed the Court that many of the issues had been resolved prior to the hearing, and the Court heard argument from counsel on the remaining issues.  For the reasons stated on the record, it is hereby

**ORDERED:**

1. Defendants Samantha Saldukas and Lacy Gaskins' Motion to Compel Complete and Non-Evasive Responses to First Set of Interrogatories (Doc. 80) is granted in part and denied in part as follows:

- Interrogatory nos. 3, 4, 6, 7, and 15 are **DENIED AS MOOT.**
- Interrogatory nos. 5 and 8 are **DENIED** as written.  Defendants will amend the request and are to identify categories of individuals.  The Court limits the timeframe to the period of Defendants' employment (2002-2010).

- Interrogatory no. 12 is **GRANTED IN PART and DENIED IN PART**. Plaintiff shall supplement the customer information already provided.
- Interrogatory no. 13 is **GRANTED IN PART and DENIED IN PART**. Plaintiff's relevancy objection is overruled, but the time period will be limited to the period of Defendants' employment (2002-2010).

2. Defendants Samantha Saldukas and Lacy Gaskins' Motion to Compel Production of Documents Responsive to Defendants' Request for Production of Documents (Doc. 81) is granted in part and denied in part as follows:

- Request nos. 5-13 and 15-39 are **DENIED AS MOOT**.
- Request no. 14 is **GRANTED IN PART and DENIED IN PART**. Plaintiff shall supplement the customer lists already provided.

3. Defendant Coding Leader's Motion to Compel Production of Documents Responsive to Defendant's First Request for Production of Documents and Interrogatories (Doc. 82) is granted in part and denied in part as follows:

- Request nos. 1-5, 8, 9, 10, 12-24, and interrogatory nos. 3, 5, 7, and 8 are **DENIED AS MOOT**.
- Request no. 6 is **DENIED** as written. Defendant will amend the request to limit as to the time period.
- Request no. 7 is **DENIED**.
- Request no. 11 is **GRANTED IN PART and DENIED IN PART**. Plaintiff's relevancy objection is overruled, but the time period is limited to 2010-2014.

4. Defendant Coding Leader's Motion to Compel Production of Documents Responsive to Defendant's Second Request for Production (Doc. 83) is denied as follows:

- Request nos. 13-17, 19-20, 22-24, 26-29, and 31-35 are **DENIED AS MOOT**.
- Request no. 21 is **DENIED** as written. Defendant will amend this request.
- Request no. 30 is **DENIED**.

5. Defendants shall have up to and including **February 23, 2015** to amend the interrogatories or requests as set forth above. For any requests or interrogatories not yet answered, or for which Plaintiffs are still searching for and producing documents, Plaintiffs should supplement their responses or produce the documents as they acquire them, but no later than **March 6, 2015**[1] or affirmatively state by this date that they have no additional documents for each particular request for which they have stated documents may still be produced.

**DONE** and **ORDERED** in Fort Myers, Florida on this 20th day of February, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record

---

[1] The Court stated at the hearing that Plaintiffs would be allowed one week to produce certain documents. The Court will provide Plaintiffs with additional time until March 6, 2015 for all documents that are still due to be produced.