UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ELI RESEARCH, LLC and AMERICAN
ACADEMY HOLDINGS,

    Plaintiffs,

v.                                    Case No:  2:13-cv-695-FtM-38CM

MUST HAVE INFO INC., SAMANTHA
SALDUKAS and LACY GASKINS,

    Defendants.
_____/

## **ORDER**[1]

This undersigned currently has a Status Conference Scheduled for August 31, 2015.  It has come to the Court's attention that some of the Attorneys will have to travel from Dallas, Texas to Fort Myers, Florida for the Status Conference and then return for the Final Pre-Trial Conference on September 4, 2015.  In the interest of saving expenses and travel time, the Court will cancel the Status Conference.  The Court will hear all matters at the Final Pretrial Conference on September 4, 2015.

    Accordingly, it is now

**ORDERED:**

The Status Conference scheduled for August 31, 2015, is hereby **CANCELLED.** All issues will be discussed at the Final Pretrial Conference on September 4, 2015.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of August, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record