UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ELI RESEARCH, LLC and
AMERICAN ACADEMY HOLDINGS,

    Plaintiffs,

v.                                                 Case No: 2:13-cv-695-FtM-38CM

MUST HAVE INFO INC.,
SAMANTHA SALDUKAS and
LACY GASKINS,

    Defendants.

## ORDER

Before the Court is Plaintiffs' Amended Motion for Sanctions and Incorporated Memorandum of Law (Doc. 177), filed on August 20, 2015. Defendant responded in opposition. Doc. 185. Plaintiffs seek an apportionment of fees incurred while defending the Defendants' Motions to Compel (Docs. 80, 81, 82, 83). For the reasons set forth below, Plaintiffs' motion is denied.

Defendants originally filed a Motion for Sanctions (Doc. 130) against Plaintiffs seeking the fees and costs they incurred having to file motions to compel to obtain discovery from Plaintiffs. The Court found that sanctions were not warranted and that each party should be their own fees and costs associated with the filing and defending of Defendants' motions to compel. Doc. 178. As the Court has already found that each party should bear their own fees and costs, for the same reasons Plaintiffs' present motion is denied.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Amended Motion for Sanctions and Incorporated Memorandum of Law (Doc. 177) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 15th day of September, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record